# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE
_____

**PAMELA YATES**

    vs.                               **CASE NUMBER:**    **5:06-CV-1406 (FJS)**

**COMMISSIONER OF SOCIAL SECURITY**
_____

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the Commissioner's decision is AFFIRMED and Plaintiff's Complaint is DISMISSED. Judgment is hereby entered in favor of the Defendant.

All of the above pursuant to the Order of the Honorable Senior United States District Judge Frederick J. Scullin, dated the 22nd day of February, 2011.

DATED: February 22, 2011

*Lawrence K. Baerman*
Clerk of Court

                                            s/
                                    Melissa Ennis
                                    Deputy Clerk